[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 05-10022
Non-Argument Calendar
_____

D. C. Docket No. 03-00272-CV-CG-C

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 23, 2005
THOMAS K. KAHN
CLERK

GREGORY FINCH,

Plaintiff-Appellant,

versus

BP OIL COMPANY, INC.,
BOUCHARD TRANSPORTATION, INC.,

Defendants-Cross-Claimants-
Cross-Defendants-Appellees,

TUG RALPH E. BOUCHARD CORPORATION,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(June 23, 2005)

Before BIRCH, BARKETT and GODBOLD, Circuit Judges.

PER CURIAM:

After reviewing the district court's order, we find this appeal without merit.

AFFIRMED.